UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　:　　Case No.: 16-cr-0634(PKC)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　:　　NOTICE OF APPEARANCE
　　　　　　　　　　　　　　　　　　　　:
TORNEOS Y COMPETENCIAS S.A.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　　 :
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that David B. Massey of the law firm of Richards Kibbe & Orbe LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Torneos Y Competencias S.A. in the above-captioned action. Please direct any communications regarding this action to the address indicated below.

Dated: New York, New York
　　　　December 13, 2016

　　　　　　　　　　　　　　　　　RICHARDS KIBBE & ORBE LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　David B. Massey (dmassey@rkollp.com)
　　　　　　　　　　　　　　　　　200 Liberty Street
　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　Telephone: (212) 530-1800
　　　　　　　　　　　　　　　　　Facsimile: (212) 530-1801

　　　　　　　　　　　　　　　　*Attorneys for Defendant Torneos Y Competencias S.A.*